MELINDA HAAG (CABN 132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELISSA K. BROWN (CSBN 203307)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6962
    FAX: (415) 436-6748
    melissa.k.brown@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE FARM GENERAL INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | No. C-10-03408 EDL <br><br> **E-FILED** <br><br> STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME FOR FEDERAL DEFENDANT TO FILE A RESPONSIVE PLEADING AND/OR ANSWER |

    The plaintiff, State Farm General Insurance Company, ("Plaintiff") and the federal defendant, United States of America ("Federal Defendant")[1] by and through their counsel stipulate to the following:

    WHEREAS, the Federal Defendant's responsive pleading and/or Answer is currently due on October 4, 2010;

    WHEREAS, the undersigned Assistant United States Attorney for the Federal Defendant will be out of the office due to her wedding on that date, and although diligent efforts have been made will not be able to submit a responsive pleading and/or Answer prior to October 4, 2010;

    WHEREAS, the Federal Defendant has requested an additional thirty (30) days to file a

---

[1] The Federal Defendant is specially appearing for the purposes of filing this stipulation.

STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME FOR DEFENDANT TO FILE A RESPONSIVE PLEADING AND/OR ANSWER - C-10-03408 EDL

1 | responsive pleading and/or Answer;

2 | ACCORDINGLY, the parties agree and stipulate as follows:

3 | The parties agree that the Federal Defendant shall have until November 4, 2010 to file a

4 | responsive pleading and or Answer in this action.

5 | So Stipulated.

6 | DATED: September 7, 2010                    Respectfully submitted,

7 |                                              MELINDA HAAG
                                                 United States Attorney

8 |                                                  /s/ Melissa Brown

9 |                                              _____
                                                 MELISSA K. BROWN
10|                                              Assistant United States Attorney

11|

12| DATED: September 7, 2010

13|                                              CRAIG A. LIVINGSTON
                                                 Livingston Law Firm
14|
                                                     /s/ Craig Livingston
15|                                              _____
                                                 CRAIG LIVINGSTON
16|                                              Attorney for the Plaintiff

STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME FOR DEFENDANT TO FILE A RESPONSIVE PLEADING AND/OR ANSWER - C-10-03408 EDL

**[PROPOSED ] ORDER**

Pursuant to the stipulation of the parties, the Federal Defendant shall have until November 4, 2010 to file and serve a responsive pleading and/or Answer.

IT IS SO ORDERED

Dated: _9/15/10_____



STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT TO FILE A RESPONSIVE PLEADING AND/OR ANSWER - C-10-03408 EDL